1  ERIC D. HOUSER #130079
   ehouser@houser-law.com
2  SARA L. MARKERT #251277
   smarkert@houser-law.com
3  HOUSER & ALLISON
   A Professional Corporation
4  9970 Research Drive
   Irvine, CA 92618
5  Telephone:  (949) 679-1111
   Facsimile:   (949) 679-1112
6
7  Attorney for Defendant,
   Deutsche Bank National Trust Company as Trustee under Pooling and Servicing
8  Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust
   2006-NC3 Mortgage Pass Through Certificates, Series 2006 NC3, improperly
9  named herein as Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage
   Pass Through Certificates, Series 2006 NC3
10

11              UNITED STATES DISTRICT COURT

12       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

13

| Lampley, El Veasta | Case No.: 8:09-cv-00586-AG |
|---|---|
| Plaintiff, | HON. ANDREW J. GUILFORD |
| v. | **JUDGMENT OF DISMISSAL AGAINST PLAINTIFF AND IN FAVOR OF DEFENDANT** |
| Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass Through Certificates, Series 2006 NC3, the assignees and successors | |
| Defendant. | |

This matter came before the Court on September 14, 2009 for hearing on Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass Through Certificates, Series 2006 NC3, improperly named herein as Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage

1

1  Pass Through Certificates, Series 2006 NC3's ("Deutsche Bank, as Trustee")
2  Motion to Dismiss Plaintiff's Complaint, and the matter presented having been
3  fully considered, the issues having been duly heard and a decision having been
4  duly rendered, the court finds as follows:
5   1. Plaintiff's claims are barred by the doctrine of res judicata.
6   2. Deutsche Bank, as Trustee's Motion to Dismiss was not mooted by
7  Plaintiff's filing of an Amended Complaint.
8   3. Plaintiff's current lawsuit fails to state a claim under Rule 12(b)(6).

IT IS ORDERED AND ADJUDGED that the Plaintiff EL VEASTA LAMPLEY take nothing, that the action be dismissed on the merits and that Judgment be entered in favor of Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass Through Certificates, Series 2006 NC3, improperly named herein as Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass Through Certificates, Series 2006 NC3.

Dated: September 25, 2009

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

1 **PROOF OF SERVICE**

2 STATE OF CALIFORNIA    )
                        )ss
3 COUNTY OF LOS ANGELES )

    I am employed in Long Beach, California; I am over the age of 18 and am not a party to this action; my business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, CA 90806.  On September 18, 2009, I served the following documents:

**[PROPOSED] JUDGMENT OF DISMISSAL AGAINST PLAINTIFF AND IN FAVOR OF DEFENDANT**

    On the parties listed below:

  El Veasta Lampley
  20051 Big Bend Lane
  Huntington Beach, CA 92646
  *Plaintiff*

    By the following means of service:

[X]  **BY MAIL** (1013 a, 2015.5 CCP):  I deposited such envelope in the mail at Long Beach, California.  The envelope was mailed with postage thereon fully prepaid.  I am readily familiar with the firm's practice for collection and processing correspondence for  mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware than on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **STATE:**  I declare under the penalty of perjury under the laws of California that the above is true and correct.

    Executed on September 18, 2009, at Long Beach, California.

                                                By: */s/ Sara L. Markert*
                                                     Sara L. Markert